IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DANIEL REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-133 |
| | ) | |
| DAVID HUGUENIN; PAT GOODWIN; | ) | |
| FOUNTAIN LAW FIRM; and | ) | |
| SHANNON ROLLINS REAL ESTATE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On September 12, 2023, Plaintiff paid the $402 filing fee to commence a case against David Huguenin, Pat Goodwin, Fountain Law Firm, and Shannon Rollins Real Estate. The Clerk assigned the case Civil Action Number 123-131. See Reeves v. Huguenin, CV 123-131, doc. no. 1 (S.D. Ga. Sept. 12, 2023) (hereinafter "CV 123-131"). On September 14, 2023, the Clerk of Court received a second $402 filing fee and complaint naming the same four Defendants and opened a second civil action. Reeves v. Huguenin, CV 123-133, doc. no. 1 (S.D. Ga. Sept. 14, 2023) (hereinafter "CV 123-133"). Upon review by the Court, it appears the two complaints raise the same claims against the same Defendants. Moreover, the day after the Clerk of Court opened the second case, Plaintiff submitted a notice that he mistakenly filed the second complaint and filing fee, and he requested the return of his second filing fee. CV 123-133, doc. no. 3.

Comparison of the two complaints, as well as Plaintiff's notice regarding the duplicate filings, makes clear Plaintiff mistakenly submitted two complaints and filing fees, which resulted in the commencement of two civil actions based on the same claims. The confusion was likely compounded when Plaintiff sent the second set of filings to the attention of a courtroom deputy clerk via a post office box that is not designated to receive filings meant for the Clerk of Court. In the future, Plaintiff <u>must</u> send papers meant to be filed in a civil action to the Clerk of Court, not individually named courthouse, or judge's chambers, staff.[1]

Recognizing Plaintiff mistakenly filed duplicate cases and paid two filing fees for what was intended to be one case, the Court **DIRECTS** the **CLERK** to return to Plaintiff the $402 filing fee for CV 123-133 and close this duplicate case. Plaintiff's claims shall proceed in the normal course of business in CV 123-131.

SO ORDERED this 15th day of September, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The mailing address for the Clerk of Court in Augusta is P.O. Box 1130, Augusta, Georgia, 30903. The street address is 600 James Brown Boulevard, Augusta, Georgia, 30901.